# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **MICHAEL MARSHAK,** <br><br> Plaintiff, <br> v. <br><br> **LETTUCE ENTERTAIN YOU ENTERPRISES, INC. d/b/a RESTAURANT PERSONNEL, INC.,** <br><br> Defendant. | No. 1:23-cv-03849 |

## LETTUCE ENTERTAIN YOU ENTERPRISES, INC.'S CORPORATE DISCLOSURE STATEMENT AND NOTIFICATION AS TO AFFILIATES

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendant, Lettuce Entertain You Enterprises, Inc. D/B/A Restaurant Personnel, Inc., ("LEYE"), by and through its attorneys Littler Mendelson P.C., hereby submits its Corporate Disclosure Statement and Notification as to Affiliates as follows:

1. LEYE is a privately held company and has no parent corporation or publicly held affiliates.

2. No publicly held entity owns 5% or more of LEYE's stock.

A supplemental disclosure statement will be filed upon any change in the information provided herein.

[Signature is on next page]

Dated: July 7, 2023

Respectfully submitted,

**LETTUCE ENTERTAIN YOU ENTERPRISES, INC. d/b/a RESTAURANT PERSONNEL, INC.**

*/s/ Lucy Bednarek*
One of Its Attorneys

Lucy Bednarek, Bar No. 6269389
lbednarek@littler.com
C. Esther Choi, Bar No. 6312535
echoi@littler.com
LITTLER MENDELSON, P.C.
321 North Clark Street, Suite 1100
Chicago, IL 60654
Telephone: 312.372.5520
Facsimile: 312.372.7880

**CERTIFICATE OF SERVICE**

    Lucy Bednarek, an attorney, hereby certifies that, on July 7, 2023 she caused a copy of the foregoing ***Lettuce Entertain You Enterprises, Inc.'s Corporate Disclosure Statement and Notification as to Affiliates*** to be electronically filed with the Clerk of the Court, using the CM/ECF system, which sent notification via electronic mail of such filing to following counsel of record:

Nathan C. Volheim, Esq.
Travis Lampert, Esq.
SULAIMAN LAW GROUP LTD.
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148
nvolheim@sulaimanlaw.com
tlampert@sulaimanlaw.com

                                                            */s/ Lucy Bednarek*